COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Kenneth Kirk Mayes v. The State of Texas

Appellate case number:   01-14-00330-CR

Trial court case number: 1340003

Trial court:             176th District Court of Harris County

      The reporter's record is past due.  The original due date was May 19, 2014.  When that deadline was missed, an order was issued on May 27, 2014 for the reporter's record to be filed by June 26, 2014.  No response has been received from Judy Fox or her substitute.

      We **ORDER** the court reporter to file the record within 10 days of the date of this order. If the record is not filed **within 10 days** of the date of this order, we may require the court reporter to appear and show cause why the record has not been filed.

      It is so ORDERED.


Judge's signature: _/s/_ Harvey Brown
                 X  Acting individually    ☐  Acting for the Court


Date:  July 15, 2014